ACCEPTED
06-14-00222-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/11/2015 9:19:10 AM
DEBBIE AUTREY
CLERK

APPELLATE CAUSE NO. 06-14-00222-CR
TRIAL COURT CAUSE NO. 1423993

| | | |
|---|---|---|
| TAMMY KAY TAYLOR | § | IN THE COURT OF APPEALS |
| | § | |
| v. | § | SIXTH APPELLATE DISTRICT |
| | § | |
| | § | |
| THE STATE OF TEXAS | § | TEXARKANA, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/11/2015 9:13:10 AM
DEBBIE AUTREY
Clerk

## APPELLANT'S FIRST MOTION
## TO EXTEND TIME TO FILE APPELLANT'S BRIEF

Appellant, pursuant to TEX. R. APP. P. 38.6, files this her first motion for an extension of time to file Appellant's Brief, and for good cause shows the following:

1. This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2. Appellant's Brief is due today, *i.e.,* February 11, 2015.

3. Appellant's Counsel asks that he be given an extension to file Appellant's Brief to **Wednesday, February 25, 2015**.

4. This motion is **unopposed**. On Tuesday, February 10, 2015, Appellant's Counsel spoke by telephone with Mr. Clay Harrison, who is the attorney tasked with preparing Appellee's Brief. (The lead attorney remains Mr. Will Ramsay.)  Mr. Harrison advised Appellant's Counsel that this motion is unopposed.

5. No extension to file Appellant's Brief has been received in this cause.

6. Appellant-Defendant is currently incarcerated. As noted in the Docketing Statement on file with this Court, the trial court assessed the following punishment – 15 years to do in the Texas Department of Criminal Justice.

7. Appellant's Counsel cites his workload as the basis for this request. Appellant's Counsel relies on the following facts as good cause for the requested extension:

A. Counsel has a response to a motion for summary judgment, where he represents eighteen (18) individuals against two corporations in a misclassification case brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §§201 et seq. *See* Civil Action No. 3:13-cv-03939-P, styled *Bowens et al. v. EagleOne, Inc. et al.,* which is pending in the U.S. District Court for the Northern District of Texas, Dallas Division (Solis, J.).

B. On Thursday, February 5, 2015, Appellant's Counsel was in Lone Star, Texas taking the oral depositions of two employees – one witness was the highest-ranking official at the plant in question, and the other witness was a long-term, and unionized, employee – in Case No. 2:14-cv-00731-JRG-RSP, styled *Rodney Lee Johnson v. U.S. Steel Tubular Products, Inc.*, which is pending in the U.S. District Court for the Eastern District of Texas, Marshall Division, and which involves claims arising under the Family and Medical Leave Act, 29 U.S.C. §§2611 et seq. ("FMLA"); Section 704 of Title VII of the Civil Rights Act, 42 U.S.C. §2000e – 3(a); and, the Americans with Disabilities Act, 42 U.S.C. §§12101 et seq. ("ADA") This case is currently set for a bench trial before the Hon. Rodney Gilstrap on May 7, 2015.

C. Counsel had to respond to interrogatories and requests for production, which are also due today, in Civil Action No. 4:14-cv-00660-ALM,

styled *Donna Michelle Singleton v. Hiring Partners, Inc.*, which is pending in the U.S. District Court for the Eastern District of Texas, Sherman Division (Mazzant, J.). This case involves claims pursuant to the FMLA and ADA. A conference before the Court is set for February 25, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Dated February 11, 2015

Respectfully submitted,

*/s/ Wade A. Forsman*

By:_____

**Wade A. Forsman**
State Bar No. 07264257
P.O. Box 918
Sulphur Springs, Texas 75483-0918
Tel: 903.689.4144
Fax: 903.689.7001
**wade@forsmanlaw.com**

**Attorney for Defendant/Appellant**
**Tammy Kay Taylor**

### CERTIFICATE OF SERVICE

This is to certify that on February 11, 2015, a true and correct copy of the above and foregoing document was served on the Office of the District Attorney for the 8th Judicial District by hand delivery.

*/s/ Wade A. Forsman*

_____

**Wade A. Forsman**

# UNSWORN DECLARATTION

1.      My name is Wade A. Forsman. I am the attorney whom the trial court appointed to represent the appellant in this appeal.

2.      All of the allegations of fact contained in the foregoing motion are true and correct.

3.      Pursuant to §132.001 of the Texas Civil Practice and Remedies Code, my full name is Wade Arnold Forsman, my date of birth is June 14, 1958, my work address is P.O. Box 918, Sulphur Springs, Hopkins County, Texas 75483-0918, United States of America. I declare under penalty of perjury that the foregoing is true and correct. Executed in Hopkins County, State of Texas, on the 11th day of February 2015.

*/s/ Wade A. Forsman*

Wade A. Forsman, Declarant